KEVIN V. RYAN
United States Attorney

CHARLES M. O'CONNER (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:   (415) 436-7180

SUE ELLEN WOOLDRIGE
Assistant Attorney General
Environment and Natural Resources Division

LILY N. CHINN (CA State Bar No. 203173)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:   (202) 514-0135
Fax:   (202) 514-8865
Email: lily.chinn@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No. C 06-5611 CRB<br><br>**STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR EPA TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1  WHEREAS, Plaintiffs filed a motion for summary judgment on October 5, 2006 in this
2 case and noticed it for hearing on November 17, 2006;

3  WHEREAS, Defendants Stephen L. Johnson, Administrator of the United States
4 Environmental Protection Agency; and Wayne Nastri, Regional Administrator, EPA Region IX,
5 and the United States Environmental Protection Agency (collectively "EPA") filed a motion on
6 October 6, 2006 to stay this case pending resolution of EPA's administrative motion (also filed
7 on October 6, 2006) to determine if this case is related to Baykeeper v. U.S. Environmental
8 Protection Agency, Case No. C 06-5159 SC, and whether this case should be transferred to
9 Judge Conti as the judge on the earliest filed case;

10  WHEREAS, Judge Conti denied EPA's administrative motion on October 13, 2006
11 (mooting EPA's motion to stay this case scheduled to be heard on October 20, 2006);

12  WHEREAS, EPA has requested additional time to prepare its response to Plaintiffs'
13 motion for summary judgment in light of Judge Conti's ruling last Friday and other work
14 obligations requiring counsel for EPA to be out of the office until October 23, 2006;

15  NOW, THEREFORE, the parties have agreed to extend the briefing schedule as indicated
16 below and request that the Court issue an order as follows:

17  1.  Defendants' response to Plaintiffs' motion for summary judgment shall be filed
18 no later than November 3, 2006.

19  2.  Plaintiffs' reply brief shall be filed no later than November 8, 2006.

20  3.  The hearing on the Plaintiffs' motion for summary judgment will remain on
21 calendar for November 17, 2006 at 10:00 a.m.

                                        Respectfully submitted,

Dated:   October 16, 2006

FOR PLAINTIFFS:                         /s/  Christopher Sproul
                                        CHRISTOPHER SPROUL
                                        Environmental Advocates
                                        5135 Anza Street
                                        San Francisco, CA  94121

| | |
|---|---|
| FOR DEFENDANTS: | KEVIN V. RYAN<br>United States Attorney<br><br>SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br>Environment & Natural Resources Division<br><br>/s/ Lily N. Chinn[1]/<br>LILY N. CHINN<br>Trial Attorney<br>United States Department of Justice<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986 |

It is so ordered.

DATED:  October 20, 2006   _____
HON. CHARLES R. BREYER

*IT IS SO ORDERED — Judge Charles R. Breyer*

---

[1]/   As the filing attorney, I, Lily N. Chinn, attest that Plaintiffs' attorney, Christopher Sproul, finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on his behalf.

-3-