KEVIN V. RYAN
United States Attorney

CHARLES M. O'CONNER (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

SUE ELLEN WOOLDRIGE
Assistant Attorney General
Environment and Natural Resources Division

LILY N. CHINN (CA State Bar No. 203173)
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 514-0135
Fax:    (202) 514-8865
Email: lily.chinn@usdoj.gov

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>Defendants. | Case No.  C 06-5611 CRB<br><br>**STIPULATED REQUEST FOR AN ORDER ENLARGING TIME FOR EPA TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1  WHEREAS, Plaintiffs filed a motion for summary judgment on November 8, 2006 in this case and noticed it for hearing on December 15, 2006;

WHEREAS, EPA has requested additional time to prepare its response to Plaintiffs' motion for summary judgment in light of the fact that the undersigned attorney for EPA and her agency counsel have conflicts with other work-related duties and the fact that two federal holidays (Veteran's Day and Thanksgiving) fall within EPA's response period;

NOW, THEREFORE, the parties have agreed to extend the briefing schedule as indicated below and request that the Court issue an order as follows:

1. Defendants' response to Plaintiffs' motion for summary judgment shall be filed no later than November 30, 2006.

2. Plaintiffs' reply brief shall be filed no later than December 5, 2006.

3. The hearing on the Plaintiffs' motion for summary judgment will remain on calendar for December 15, 2006 at 10:00 a.m.

Respectfully submitted,

Dated:    November 13, 2006

FOR PLAINTIFFS:            /s/ Christopher Sproul
                                 CHRISTOPHER SPROUL
                                 Environmental Advocates
                                 5135 Anza Street
                                 San Francisco, CA  94121

FOR DEFENDANTS:           KEVIN V. RYAN
                                 United States Attorney

                                 SUE ELLEN WOOLDRIDGE
                                 Assistant Attorney General
                                 Environment & Natural Resources Division

                                  /s/ Lily N. Chinn[1]
                                 LILY N. CHINN
                                 Trial Attorney
                                 United States Department of Justice

---

[1] As the filing attorney, I, Lily N. Chinn, attest that Plaintiffs' attorney, Christopher Sproul, finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on his behalf.

-2-

Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

It is so ordered.

DATED:  November 15, 2006

HON. CHARLES BREYER
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)