1  Christopher Sproul (State Bar No. 126398)
   Jodene Isaacs (State Bar No. 226895)
2  Megan Anderson (State Bar No. 237548)
   Environmental Advocates
3  5135 Anza Street
   San Francisco, California  94121
4  Telephone:  (415) 533-3376, Facsimile: (415) 358-5695
   Email:  csproul@enviroadvocates.com, jisaacs@enviroadvocates.com,
5  manderson@enviroadvocates.com

6  Daniel Cooper (State Bar No. 153576)
   Layne Friedrich (State Bar No. 195431)
7  Lawyers for Clean Water, Inc.
   1004 O'Reilly Avenue
8  San Francisco, California  94129
   Telephone: (415) 440-6520, Facsimile: (415) 440-4155
9  Email: cleanwater@sfo.com, layne@lawyersforcleanwater.com

10 Shana Lazerow (State Bar No. 195491)
   Adrienne L. Bloch (State Bar No. 215471)
11 Communities for a Better Environment
   1440 Broadway Suite701
12 Oakland, California  94612
   Telephone:  (510) 302-0430, Facsimile:  (510) 302-0438
13 Email: slazerow@cbecal.org, abloch@cbecal.org

14 Attorneys for Plaintiffs
   BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and
15 COMMUNITIES FOR A BETTER ENVIRONMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>　　　　Defendants.<br>_____ | ) Case No. C 06-5611 CRB<br>)<br>) Stipulated Request for an Order<br>) Enlarging Time for Briefing Schedule<br>) on Cross-Motions for Summary<br>) Judgment, Setting Briefing Schedule on<br>) Motion for Leave to Amend, and<br>) Rescheduling Case Management<br>) Conference<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

WHEREAS, Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment (collectively, "Plaintiffs") filed a motion for summary judgment on November 8, 2006 in this case and noticed it for hearing on December 15, 2006;

WHEREAS, pursuant to stipulation of the parties and order of the Court, Defendants Stephen L. Johnson, Administrator of the United States Environmental Protection Agency; and Wayne Nastri, Regional Administrator, EPA Region IX, and the United States Environmental Protection Agency (collectively "EPA") were granted an extension of the deadline for filing their response to Plaintiffs' motion for summary judgment until November 30, 2006;

WHEREAS, the same stipulation and order of the Court gave the Plaintiffs until December 5, 2006 to file their reply brief in support of their motion for summary judgment;

WHEREAS, EPA filed an opposition memorandum to Plaintiffs' motion for summary judgment and a counter-motion for summary judgment on November 30, 2006;

WHEREAS, Plaintiffs have requested additional time to prepare their response to EPA's counter-motion for summary judgment and their reply brief in support of their motion for summary judgment in light of the fact that the undersigned attorney for Plaintiffs and his co-counsel have conflicts with other litigation deadlines;

WHEREAS, Plaintiffs intend to move for leave to file a second amended complaint and the parties wish to have this motion for leave heard simultaneously with the motions for summary judgment to economize the resources of the parties and the Court;

WHEREAS, the parties further wish to have the currently scheduled case management conference consolidated with the hearing on the above-referenced motions to further economize the resources of the parties and the Court;

NOW, THEREFORE, the parties have agreed to the following briefing and hearing schedule and request that the Court issue an order as follows:

1.   Plaintiffs' response to EPA's counter-motion for summary judgment and their reply brief in support of their motion for summary judgment shall be filed no later than December 12, 2006.

2.   EPA's reply brief in support of its counter-motion for summary judgment shall be filed no later than December 19, 2006.

3.   Plaintiffs' motion for leave to file a second amended complaint shall be filed no later than January 19, 2007.

4.   EPA's response to Plaintiffs' motion for leave to file a second amended complaint shall be filed no later than February 2, 2007.

5.   Plaintiffs' reply in support of its motion for leave to file a second amended complaint shall be filed no later than February 9, 2007.

6.   The hearing on all the above-referenced motions shall be held at 10:00 a.m. on February 23, 2007.

7.   The parties shall complete initial disclosures or state objection(s) in Rule 26(f) Report, file the Case Management Statement and file the Rule 26(f) report no later than February 16, 2007.

8.   The Case Management Conference in this case shall also be heard at 10:00 a.m. on February 23, 2007.

Respectfully submitted,


Dated:  December 4, 2006

FOR PLAINTIFFS:

*Christopher A. Sproul*

Christopher Sproul[1]

---

[1] As the filing attorney, I, Christopher Sproul, attest that EPA's attorney, Lily Chinn, finds the contents of this filed document acceptable and has given me permission to

Stipulation for Extension of Time

Page 3

1  Counsel for Plaintiffs

2  FOR DEFENDANTS:

3  Kevin Ryan
4  United States Attorney

5  Sue Ellen Wooldridge
   Assistant Attorney General
6  Environment & Natural Resources Division

7  /s/ Lily N. Chinn
   Lily N. Chinn
8  Trial Attorney
   United States Department of Justice
9  Counsel for Defendants

10

11 IT IS SO ORDERED.

12

13 Dated: _____December 6_____, 2006                    _____
                                                        HON. CHARLES BREYER
14                                                      United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

electronically file this stipulated motion on her behalf.

Stipulation for Extension of Time