Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
Megan Anderson (State Bar No. 237548)
Environmental Advocates
5135 Anza Street
San Francisco, California  94121
Telephone:  (415) 533-3376, Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com, jisaacs@enviroadvocates.com, manderson@enviroadvocates.com

Daniel Cooper (State Bar No. 153576)
Layne Friedrich (State Bar No. 195431)
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, California  94129
Telephone: (415) 440-6520, Facsimile: (415) 440-4155
Email: cleanwater@sfo.com, layne@lawyersforcleanwater.com

Shana Lazerow (State Bar No. 195491)
Adrienne L. Bloch (State Bar No. 215471)
Communities for a Better Environment
1440 Broadway Suite 701
Oakland, California  94612
Telephone:  (510) 302-0430, Facsimile:  (510) 302-0438
Email: slazerow@cbecal.org, abloch@cbecal.org

Attorneys for Plaintiffs
BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9, <br><br>　　　　Defendants. | Case No. C 06-5611 CRB <br><br> STIPULATED REQUEST TO STAY THE CASE; [Proposed] ORDER |

1   WHEREAS, pursuant to stipulation of the Parties, the Court by Order dated December 6, 2006 established a briefing schedule on the Plaintiffs' currently pending Motion for Summary Judgment, Defendants' currently pending Counter-Motion for Summary Judgment, and Plaintiffs' to be filed Motion for Leave to File a Second Amended Complaint;

WHEREAS, the parties met on October 19, 2006 and again on December 14, 2006 to discuss settlement of this case and made substantial progress toward a settlement agreement at these meetings;

WHEREAS, based on the October 19th and December 14 meetings and subsequent discussions, the parties wish to stay all further litigation in this case until March 16, 2007 to allow time for additional settlement discussions, which the parties presently have reason to believe will successfully resolve this case without further litigation;

NOW, THEREFORE, the parties have agreed to a stay of all further litigation in this case until March 16, 2007 and request that the Court issue an order as follows:

1. All further litigation in this case is stayed until March 16, 2007 and all currently pending case deadlines are vacated, including: the deadlines for the Parties to file their Case Management Conference Statement, for Plaintiffs to file their Motion for Leave to File a Second Amended Complaint and for subsequent briefing on this motion; the February 23, 2007 date for the hearings on Plaintiffs' Motion for Summary Judgment, Defendants' Counter-Motion for Summary Judgment, and Plaintiffs' Motion for Leave to File a Second Amended Complaint; and the Case Management Conference;

2. The parties shall submit a status report no later than March 16, 2007 informing the Court as to the progress of settlement discussions; and

3. Following receipt of the parties' status report, the Court will reset the Case Management Conference and all filing deadlines set in the Court's December 6, 2006 Order.

//
//
//

Stipulation for Stay, [Proposed] Order

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 3 | Dated: January 5, 2007 |  |
| 5 | FOR PLAINTIFFS: | /s/ Christopher Sproul[1] |
|   |   | CHRISTOPHER SPROUL |
| 6 |   | Environmental Advocates |
|   |   | 5135 Anza Street |
| 7 |   | San Francisco, CA 94121 |
| 8 | FOR DEFENDANTS: | KEVIN V. RYAN |
| 9 |   | United States Attorney |
| 10 |   | SUE ELLEN WOOLDRIDGE |
|   |   | Assistant Attorney General |
| 11 |   | Environment & Natural Resources Division |
| 12 |   | /s/ Lily N. Chinn |
|   |   | LILY N. CHINN |
| 13 |   | Trial Attorney |
|   |   | United States Department of Justice |
| 14 |   | Environmental Defense Section |
|   |   | P.O. Box 23986 |
| 15 |   | Washington, D.C. 20026-3986 |

It is so ordered.

DATED:  Janaury 9, 2007

HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

---

[1] As the filing attorney, I, Christopher Sproul, attest that Defendants' counsel finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on Defendants' behalf.