1  SCOTT N. SCHOOLS
   Acting United States Attorney
2
   CHARLES M. O'CONNER (CA State Bar No. 56320)
3  Assistant United States Attorney
   450 Golden Gate Ave., 10th Floor
4  San Francisco, California 94102
   Tel:     (415) 436-7180
5
   MATTHEW J. MCKEOWN
6  Acting Assistant Attorney General
   Environment and Natural Resources Division
7
   LILY N. CHINN (CA State Bar No. 203173)
8  Trial Attorney
   U.S. Department of Justice
9  Environmental Defense Section
   P.O. Box 23986
10 Washington, D.C. 20026-3986
   Tel:     (202) 514-0135
11 Fax:     (202) 514-8865
   Email: lily.chinn@usdoj.gov
12
13 ATTORNEYS FOR DEFENDANTS

14
                IN THE UNITED STATES DISTRICT COURT
15           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
16

17
   BAYKEEPER, HUMBOLDT                  )   Case No.  C 06-5611 CRB
18 BAYKEEPER, ECOLOGICAL RIGHTS         )
   FOUNDATION, and COMMUNITIES FOR      )
19 A BETTER ENVIRONMENT,                )
                                        )
20          Plaintiffs,                 )   **JOINT STIPULATION**
                                        )
21      v.                              )
                                        )
22                                      )
                                        )
23 UNITED STATES ENVIRONMENTAL          )
   PROTECTION AGENCY, STEPHEN L.        )
24 JOHNSON, as Administrator of the United )
   States Environmental Protection Agency, )
25 WAYNE NASTRI, as Regional            )
   Administrator of the United States   )
26 Environmental Protection Agency, Region 9, )
                                        )
27          Defendants.                 )
                                        )
28

1     Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and
2  Communities for a Better Environment and Defendants Stephen L. Johnson, Administrator of the
3  United States Environmental Protection Agency; and Wayne Nastri, Regional Administrator,
4  EPA Region IX, and the United States Environmental Protection Agency (collectively "EPA")
5  hereby file this joint stipulation:

6     WHEREAS, pursuant to stipulation of the Parties, the Court by Order dated December 6,
7  2006 established a briefing schedule on the Plaintiffs' currently pending Motion for Summary
8  Judgment, Defendants' currently pending Counter-Motion for Summary Judgment, and
9  Plaintiffs' to be filed Motion for Leave to File a Second Amended Complaint.

10    WHEREAS, pursuant to stipulation of the Parties, the Court by Order dated January 9,
11 2007 stayed all further litigation until March 16, 2007 and vacated all pending deadlines in this
12 case to allow time for settlement discussions.

13    WHEREAS, the parties have been engaged in active settlement discussion since last fall.
14 The parties have exchanged several versions of written settlement proposals and met in person
15 on October 19, 2006 and again on December 14, 2006 to discuss settlement of this case.  The
16 parties continue to have settlement discussions and are scheduled to attend a mediation on March
17 22, 2007 to further discuss the possibility of settlement as part this Court's required ADR
18 mediation process.

19    NOW, THEREFORE, the parties have agreed and request that the Court issue an order as
20 follows:

21    1.    This stipulation shall serve in lieu of the status report referred to in this Court's
22 January 9, 2007 order;

23    2.    The parties shall submit a joint status report no later than April 11, 2007
24 informing the Court as to the progress of settlement discussions in light of the March 22, 2007
25 mediation session and recommendations regarding how this case should proceed.

26

27

28

1

Respectfully submitted,

2    Dated:    March 16, 2007

3    FOR PLAINTIFFS:                      /s/  Christopher Sproul
                                        CHRISTOPHER SPROUL
4                                       Environmental Advocates
                                        5135 Anza Street
5                                       San Francisco, CA  94121

6

7    FOR DEFENDANTS:                    SCOTT N. SCHOOLS
                                        Acting United States Attorney
8
                                        MATTHEW J. MCKEOWN
9                                       Acting Assistant Attorney General
                                        Environment & Natural Resources Division

10                                       /s/  Lily N. Chinn[1]/
                                        LILY N. CHINN
11                                      Trial Attorney
                                        United States Department of Justice
12                                      Environmental Defense Section
                                        P.O. Box 23986
13                                      Washington, D.C. 20026-3986

14

15

16   It is so ordered.

17

18

19   DATED:   March 20, 2007        _____
                                    HON. CHARLES BREYER
20                                  United States District Court

21

22

23

24

25

26

27   _____

28   [1]/      As the filing attorney, I, Lily N. Chinn, attest that Plaintiffs' attorney, Christopher
     Sproul, finds the contents of this filed document acceptable and has given me permission to
     electronically file this stipulated motion on his behalf.

                                        -3-

1

## CERTIFICATE OF SERVICE

2
    On March 16, 2007, a true and correct copy of the foregoing joint status report was

3
served electronically via the Court's e-filing system to Counsel of Record.

4

5
                    /s/  Lily N. Chinn

6
                  LILY N. CHINN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28