| | |
|---|---|
| 1 | Christopher Sproul (State Bar No. 126398) |
|   | Jodene Isaacs (State Bar No. 226895) |
| 2 | Megan Anderson (State Bar No. 237548) |
|   | Environmental Advocates |
| 3 | 5135 Anza Street |
|   | San Francisco, California  94121 |
| 4 | Telephone:  (415) 533-3376, Facsimile: (415) 358-5695 |
|   | Email:  csproul@enviroadvocates.com, jisaacs@enviroadvocates.com, |
| 5 | manderson@enviroadvocates.com |
| 6 | Daniel Cooper (State Bar No. 153576) |
|   | Layne Friedrich (State Bar No. 195431) |
| 7 | Lawyers for Clean Water, Inc. |
|   | 1004 O'Reilly Avenue |
| 8 | San Francisco, California  94129 |
|   | Telephone: (415) 440-6520, Facsimile: (415) 440-4155 |
| 9 | Email: cleanwater@sfo.com, layne@lawyersforcleanwater.com |
| 10 | Shana Lazerow (State Bar No. 195491) |
|    | Adrienne L. Bloch (State Bar No. 215471) |
| 11 | Communities for a Better Environment |
|    | 1440 Broadway Suite701 |
| 12 | Oakland, California  94612 |
|    | Telephone:  (510) 302-0430, Facsimile:  (510) 302-0438 |
| 13 | Email: slazerow@cbecal.org, abloch@cbecal.org |
| 14 | Attorneys for Plaintiffs |
|    | BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and |
| 15 | COMMUNITIES FOR A BETTER ENVIRONMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT, | ) | Case No. C 06-5611 CRB |
| | ) | |
| | ) | STIPULATION CONCERNING |
| | ) | MEDIATION CONFIDENTIALITY; |
| | ) | [Proposed] ORDER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9, | ) | |
| | ) | |
| Defendants. | ) | |

(Note: "[Proposed]" appears struck through in the original.)

WHEREAS, by Order dated December 4, 2006, the Court appointed Daniel Bowling as the Mediator assigned to this case pursuant to the Alternative Dispute Resolution Local Rules ("ADR L.R.") of this Court;

WHEREAS, the Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and Communities for a Better Environment (collectively, "Plaintiffs") and the Defendants United States Environmental Protection Agency, Stephen L. Johnson, as Administrator of the United States Environmental Protection Agency, Wayne Nastri, as Regional Administrator of the United States Environmental Protection Agency, Region 9 (collectively, "Defendants") have been engaged in mediation discussions supervised by Mr. Bowling since December 4, 2006;

WHEREAS, the Plaintiffs and Defendants (collectively, "the Parties") have exchanged several confidential draft settlement agreements and related confidential settlement communications in the course of pursuing this court-ordered mediation;

WHEREAS, the Parties met in person on March 22, 2007 for a mediation session directed by Mr. Bowling and executed a confidentiality agreement on that date;

WHEREAS, the Parties have to date preserved the confidentiality of all their mediation communications and continue to agree that preserving confidentiality of their mediation communications is important for facilitating the success of those communications;

NOW, THEREFORE, the parties have agreed to continue to preserve the confidentiality of all their mediation communications and request that the Court issue an order as follows:

1. Consistent with ADR L.R. 5-12 and 6-11 governing the confidentiality of mediation sessions, the Parties shall treat as confidential information any documents produced and anything that happens or is said in connection with the court-directed mediation in this action. Confidential information shall not be disclosed to anyone not involved in this litigation except as required by court order, shall not be disclosed to the assigned judge, and shall not be used by the parties for any purpose, including impeachment, in any pending or future proceedings unless all parties and the neutral so agree;

2. The parties further agree that any evidence, which is otherwise admissible or subject to discovery or disclosure, shall not become inadmissable or protected from disclosure solely by reason of its introduction or use in this ADR proceeding. Further, disclosure of information which is otherwise privileged shall not alter its privileged character;

3. The parties further agree not to subpoena the neutral or any documents submitted to or prepared by the neutral in connection with or during the mediation or ENE sessions. The neutral shall not voluntarily testify on behalf of a party; and

4. This agreement shall not preclude a report to or an inquiry by the ADR Magistrate Judge pursuant to ADR L.R. 2-4(a) regarding a possible violation of the ADR Local Rules. Nor shall this agreement render inadmissable a written settlement agreement reached as a result of this ADR proceeding in an action to enforce that settlement.

Respectfully submitted,

Dated:   March 26, 2007

FOR PLAINTIFFS:          /s/ Christopher Sproul[1]
                         CHRISTOPHER SPROUL
                         Environmental Advocates
                         5135 Anza Street
                         San Francisco, CA  94121

FOR DEFENDANTS:          KEVIN V. RYAN
                         United States Attorney

                         SUE ELLEN WOOLRIDGE
                         Assistant Attorney General
                         Environment & Natural Resources Division

---

[1] As the filing attorney, I, Christopher Sproul, attest that Defendants' counsel finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on Defendants' behalf.

Stipulation for Mediation Confidentiality, [Proposed] Order                         Page 2 of 4

| | |
|---|---|
| 1 | /s/ Lily N. Chinn |
| 2 | LILY N. CHINN<br>Trial Attorney |
| 3 | United States Department of Justice<br>Environmental Defense Section |
| 4 | P.O. Box 23986<br>Washington, D.C. 20026-3986 |

6  It is so ordered.

8  DATED:  _March 27, 2007_____       _____
                                     HON. CHARLES BREYER
                                     United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)