SCOTT N. SCHOOLS
Acting United States Attorney

CHARLES M. O'CONNOR (CA State Bar No. 56320)
Assistant United States Attorney
450 Golden Gate Ave., 10th Floor
San Francisco, California 94102
Tel:    (415) 436-7180

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

PAMELA S. TONGLAO
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Tel:    (202) 305-0897
Fax:    (202) 514-8865
Email: pamela.tonglao@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>　　　　Defendants. | Case No.  C 06-5611 CRB<br><br>STIPULATION OF DISMISSAL |

Pursuant to Civil Local Rule 7-12 and Rule 41(a)(1)(ii) of the Federal Rules of Civil

1  Procedure, Plaintiffs Baykeeper, Humboldt Baykeeper, Ecological Rights Foundation, and
2  Communities for a Better Environment and Defendants United States Environmental Protection
3  Agency, Stephen L. Johnson, and Wayne Nastri hereby stipulate to the dismissal of this action
4  with prejudice, pursuant to a settlement agreement executed by Plaintiffs and EPA on June 20,
5  2007.   Defendants will pay attorneys' fees and costs as set forth in the settlement agreement.

FOR PLAINTIFFS:

Dated: June 22, 2007          /s/ Christopher Sproul
                              CHRISTOPHER SPROUL
                              Environmental Advocates
                              5135 Anza Street
                              San Francisco, CA  94121

FOR DEFENDANTS:               SCOTT N. SCHOOLS
                              Acting United States Attorney

                              RONALD J. TENPAS
                              Acting Assistant Attorney General
                              Environment & Natural Resources Division

Dated:  June 22, 2007          /s/ Pamela S. Tonglao[1]/
                              PAMELA S. TONGLAO
                              Trial Attorney
                              United States Department of Justice
                              Environmental Defense Section
                              P.O. Box 23986
                              Washington, D.C. 20026-3986

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  CASE NUMBER 06-5611 ~~IS~~ CRB DISMISSED WITH PREJUDICE.**

Dated: June 25, 2007
                              HON. CHARLES R. BREYER
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

[1]/   As the filing attorney, I, Pamela S. Tonglao, attest that [the content of this] document acceptable and have given me permission to e[lectronically sign]

2